UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT E. TREACY and PATTY J. TREACY,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No: 5:18-cv-92-Oc-30PRL

CHRISTOPHER MANSFIELD, SHANNON MANSFIELD and JOHN/JANE DOE,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 7). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 7) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. The Clerk is directed to remand this action to the County Court in and for Citrus County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court.

4. Plaintiffs' Motion to Remand (Doc. 9) is denied as moot because part of the Magistrate Judge's recommendation was to remand the case for lack of jurisdiction.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of March, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record